**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 88 WAL 2023
                                        :

          Respondent               :

                                          :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

              v.                      :

                                          :

LAWRENCE FRANCIS,                :

                                          :

          Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.